UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO: 3:24-CV-840

| | |
|---|---|
| TIYAN LITTLEJOHN,<br><br>        **Plaintiff,**<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC., UNIVERSITY HOUSE CHARLOTTE, LP., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC and TRANSUNION, LLC.,<br><br>        **Defendants.** | <u>**NOTICE OF APPEARANCE**</u> |

      **PLEASE TAKE NOTICE** that Allegra A. Sinclair of Goldberg Segalla LLP, an attorney admitted and authorized to practice in this Court, does hereby give notice of appearance as counsel of record for Defendant, University House Charlotte, LP.

      THIS THE 23RD DAY OF OCTOBER, 2024.

                                            **GOLDBERG SEGALLA LLP**

                                        **By:** /s/Allegra A. Sinclair
                                                Allegra A. Sinclair
                                                N.C. State Bar No.: 44798
                                                421 Fayetteville Street, Suite 1210
                                                Raleigh, North Carolina 27601
                                                Telephone: (919) 582-0801
                                                Facsimile: (919) 582-0899
                                                Email: asinclair@goldbergsegalla.com
                                                Attorney for Defendant University House Charlotte, LP

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 2024, the foregoing *Notice of Appearance of Allegra A. Sinclair* was filed electronically with the Clerk of Court using the Court's CM/ECF system. Parties may access this filing through the Court's system. Notice of this filing will be sent by operation of the Court's CM/ECF system to counsel of record and via U.S. Mail to Pro Se Defendants, addressed as follows:

> Email: shane@williamsperry.com
> M. Shane Perry
> Williams & Perry
> 109 W. Statesville Avenue
> Mooresville, North Carolina 28115
> *Attorney for Plaintiff*
>
> Email: egoemann@seyfarth.com
> Ethan Coretz Goemann
> Seyfarth Shaw LLP
> 300 S. Tryon Street, Suite 400
> Charlotte, North Carolina 28202
> *Attorney for Defendant Equifax Information Services, LLC*
>
> National Credit Systems, Inc.
> Attn: CT Corporation System, Registered Agent
> 150 Fayetteville Street
> Raleigh, North Carolina 27601
>
> Experian Information Solutions, Inc.
> Attn: CT Corporation System
> 160 Mine Lake Court, Suite 200
> Raleigh, North Carolina 27615-6417
>
> Transunion, LLC
> Attn: The Prentice-Hall Corporation System, Inc., Registered Agent
> 2626 Glenwood Avenue, Suite 550
> Raleigh, North Carolina 27608

THIS THE 23ʳᴰ DAY OF OCTOBER, 2024.

                                **GOLDBERG SEGALLA LLP**

                         **By:** /s/Allegra A. Sinclair
                               Allegra A. Sinclair

IMANAGE\6396\0058\42970969.v1-10/23/24