# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

TIYAN LITTLEJOHN,              *

                        *

      **Plaintiff;**         *

                        *

                        *

      **v.**                   *      **Case No. 3:24-CV-840-MOC- SCR**

                        *

**NATIONAL CREDIT SYSTEMS, INC.,**  *

**UNIVERSITY HOUSE CHARLOTTE,**  *

**LP., EXPERIAN INFORMATION**    *

**SOLUTIONS, INC., EQUIFAX**      *

**INFORMATION SERVICES, LLC, and**  *

**TRANSUNION, LLC.,**         *

                        *

      **Defendants.**      *

_____

## ANSWER

NOW COMES Defendant, National Credit Systems, Inc. ("NCS") and in Answer to the Amended Complaint avers as follows:

### JURISDICTION AND VENUE

1.      The allegations in ¶ 1 constitute a legal conclusion to which no response is required.  In the event a response is required, NCS denies the allegations in ¶ 1 and leaves all such matters to the Court.

2.      The allegations in ¶ 2 constitute a legal conclusion to which no response is required.  In the event a response is required, NCS denies the allegations in ¶ 2 and leaves all such matters to the Court.

3.  The allegations in ¶ 3 constitute a legal conclusion to which no response is required.  In the event a response is required, NCS denies the allegations in ¶ 3 for lack of knowledge sufficient to justify a belief therein.

<u>PARTIES</u>

4.  NCS realleges the foregoing as though fully set forth herein.

5.  NCS denies the allegations in ¶ 5 for lack of knowledge sufficient to justify a belief therein.

6.  The allegations in ¶ 6 constitute a legal conclusion to which no response is required.  In the event a response is required, NCS denies the allegations in ¶ 6 for lack of knowledge sufficient to justify a belief therein.

7.  The allegations in ¶ 7 constitute a legal conclusion to which no response is required.  In the event a response is required, NCS denies the allegations in ¶ 7 for lack of knowledge sufficient to justify a belief therein.

8.  NCS denies the allegations in ¶ 8 for lack of knowledge sufficient to justify a belief therein.

9.  NCS admits it is a Georgia collection company licensed to collect in North Carolina.  Except as specifically admitted, NCS denies the allegations in ¶ 9.

10.  NCS admits the allegations in ¶ 10.

11.  The allegations in ¶ 11 constitute a legal conclusion to which no response is required.  In the event a response is required, NCS denies the allegations in ¶ 11 for lack of knowledge sufficient to justify a belief therein.

2

12.     The allegations in ¶ 12 constitute a legal conclusion to which no response is required.  In the event a response is required, NCS denies the allegations in ¶ 12 for lack of knowledge sufficient to justify a belief therein.

13.     NCS denies the allegations in ¶ 13 for lack of knowledge sufficient to justify a belief therein.

14.     NCS denies the allegations in ¶ 14 for lack of knowledge sufficient to justify a belief therein.

15.     The allegations in ¶ 15 constitute a legal conclusion to which no response is required.  In the event a response is required, NCS denies the allegations in ¶ 15.

16.     NCS denies the allegations in ¶ 16 for lack of knowledge sufficient to justify a belief therein.

17.     NCS denies the allegations in ¶ 17 for lack of knowledge sufficient to justify a belief therein.

18.     NCS denies the allegations in ¶ 18 for lack of knowledge sufficient to justify a belief therein.

19.     NCS denies the allegations in ¶ 19 for lack of knowledge sufficient to justify a belief therein.

20.     NCS denies the allegations in ¶ 20 for lack of knowledge sufficient to justify a belief therein.

21.     NCS denies the allegations in ¶ 21 for lack of knowledge sufficient to justify a belief therein.

22.    NCS denies the allegations in ¶ 22 for lack of knowledge sufficient to justify a belief therein.

23.    NCS denies the allegations in ¶ 23 for lack of knowledge sufficient to justify a belief therein.

24.    NCS denies the allegations in ¶ 24 for lack of knowledge sufficient to justify a belief therein.

25.    NCS denies the allegations in ¶ 25 for lack of knowledge sufficient to justify a belief therein.

26.    NCS denies the allegations in ¶ 26 for lack of knowledge sufficient to justify a belief therein.

27.    NCS denies the allegations in ¶ 27 for lack of knowledge sufficient to justify a belief therein.

28.    NCS denies the allegations in ¶ 28 for lack of knowledge sufficient to justify a belief therein.

29.    NCS denies the allegations in ¶ 29 for lack of knowledge sufficient to justify a belief therein.

30.    NCS denies the allegations in ¶ 30 for lack of knowledge sufficient to justify a belief therein.

31.    NCS denies the allegations in ¶ 31 for lack of knowledge sufficient to justify a belief therein.

32.    NCS denies the allegations in ¶ 32 for lack of knowledge sufficient to justify a belief therein.

<u>FACTUAL ALLEGATIONS</u>

33.     NCS realleges the foregoing as though fully set forth herein.

34.     NCS denies the allegations in ¶ 34 for lack of knowledge sufficient to justify a belief therein.

35.     NCS denies the allegations in ¶ 35 for lack of knowledge sufficient to justify a belief therein.

36.     NCS denies the allegations in ¶ 36 for lack of knowledge sufficient to justify a belief therein.

37.     NCS denies the allegations in ¶ 37 for lack of knowledge sufficient to justify a belief therein.

38.     NCS denies the allegations in ¶ 38 for lack of knowledge sufficient to justify a belief therein.

39.     NCS denies the allegations in ¶ 39 for lack of knowledge sufficient to justify a belief therein.

40.     NCS denies the allegations in ¶ 40 for lack of knowledge sufficient to justify a belief therein.

41.     NCS denies the allegations in ¶ 41 for lack of knowledge sufficient to justify a belief therein.

42.     NCS denies the allegations in ¶ 42 for lack of knowledge sufficient to justify a belief therein.

43.     NCS denies the allegations in ¶ 43 for lack of knowledge sufficient to justify a belief therein.

44. NCS denies the allegations in ¶ 44 for lack of knowledge sufficient to justify a belief therein.

45. NCS denies the allegations in ¶ 45 for lack of knowledge sufficient to justify a belief therein.

46. NCS denies the allegations in ¶ 46 for lack of knowledge sufficient to justify a belief therein.

47. NCS denies the allegations in ¶ 47 for lack of knowledge sufficient to justify a belief therein.

48. NCS denies the allegations in ¶ 48 for lack of knowledge sufficient to justify a belief therein.

49. NCS denies the allegations in ¶ 49 for lack of knowledge sufficient to justify a belief therein.

50. NCS denies the allegations in ¶ 50 for lack of knowledge sufficient to justify a belief therein.

51. NCS denies the allegations in ¶ 51 for lack of knowledge sufficient to justify a belief therein.

52. NCS denies the allegations in ¶ 52 for lack of knowledge sufficient to justify a belief therein.

53. NCS denies the allegations in ¶ 53 for lack of knowledge sufficient to justify a belief therein.

54. NCS denies the allegations in ¶ 54 for lack of knowledge sufficient to justify a belief therein.

55.     NCS denies the allegations in ¶ 55 for lack of knowledge sufficient to justify a belief therein.

56.     NCS denies the allegations in ¶ 56 for lack of knowledge sufficient to justify a belief therein.

57.     NCS denies the allegations in ¶ 57 for lack of knowledge sufficient to justify a belief therein.

58.     NCS denies the allegations in ¶ 58 for lack of knowledge sufficient to justify a belief therein.

59.     NCS denies the allegations in ¶ 59 for lack of knowledge sufficient to justify a belief therein.

60.     NCS denies the allegations in ¶ 60 for lack of knowledge sufficient to justify a belief therein.

61.     NCS denies the allegations in ¶ 61 for lack of knowledge sufficient to justify a belief therein.

62.     NCS denies the allegations in ¶ 62.

63.     NCS denies the allegations in ¶ 63 for lack of knowledge sufficient to justify a belief therein.

64.     NCS denies the allegations in ¶ 64 for lack of knowledge sufficient to justify a belief therein.

65.     NCS denies the allegations in ¶ 65 for lack of knowledge sufficient to justify a belief therein.

66. NCS denies the allegations in ¶ 66 for lack of knowledge sufficient to justify a belief therein.

67. NCS denies the allegations in ¶ 67 for lack of knowledge sufficient to justify a belief therein.

68. NCS denies the allegations in ¶ 68 for lack of knowledge sufficient to justify a belief therein.

69. NCS denies the allegations in ¶ 50 for lack of knowledge sufficient to justify a belief therein.

70. NCS denies the allegations in ¶ 70 for lack of knowledge sufficient to justify a belief therein.

71. NCS denies the allegations in ¶ 71 for lack of knowledge sufficient to justify a belief therein.

72. NCS denies the allegations in ¶ 72 for lack of knowledge sufficient to justify a belief therein.

73. NCS denies the allegations in ¶ 73 for lack of knowledge sufficient to justify a belief therein.

74. NCS denies the allegations in ¶ 74 for lack of knowledge sufficient to justify a belief therein.

75. NCS denies the allegations in ¶ 75 for lack of knowledge sufficient to justify a belief therein.

76. NCS denies the allegations in ¶ 76 for lack of knowledge sufficient to justify a belief therein.

77.     NCS denies the allegations in ¶ 77 for lack of knowledge sufficient to justify a belief therein.

78.     NCS denies the allegations in ¶ 78 for lack of knowledge sufficient to justify a belief therein.

79.     NCS denies the allegations in ¶ 79 for lack of knowledge sufficient to justify a belief therein.

80.     NCS denies the allegations in ¶ 80 for lack of knowledge sufficient to justify a belief therein.

81.     NCS denies the allegations in ¶ 81 for lack of knowledge sufficient to justify a belief therein.

82.     NCS denies the allegations in ¶ 82.

83.     NCS denies the allegations in ¶ 83 for lack of knowledge sufficient to justify a belief therein.

84.     NCS denies the allegations in ¶ 84 for lack of knowledge sufficient to justify a belief therein.

85.     NCS denies the allegations in ¶ 85.

86.     NCS denies the allegations in ¶ 86.

87.     NCS denies the allegations in ¶ 87.

88.     NCS denies the allegations in ¶ 88.

89.     NCS denies the allegations in ¶ 85 for lack of knowledge sufficient to justify a belief therein.

90.     NCS denies the allegations in ¶ 90.

<u>VIOLATIONS OF THE FAIR CREDIT REPORTING ACT</u>

<u>National Credit Systems and University House Charlotte, LP</u>

91. NCS realleges the foregoing as though fully set forth herein.

92. The allegations in ¶ 92 constitute a legal conclusion to which no response is required. In the event a response is required, NCS denies the allegations in ¶ 92.

93. The allegations in ¶ 93 constitute a legal conclusion to which no response is required. In the event a response is required, NCS denies the allegations in ¶ 93.

94. NCS denies the allegations in ¶ 94.

95. NCS denies the allegations in ¶ 95.

96. NCS denies the allegations in ¶ 96.

97. NCS denies the allegations in ¶ 97.

98. NCS denies the allegations in ¶ 98.

99. NCS denies the allegations in ¶ 99 for lack of knowledge sufficient to justify a belief therein.

100. NCS denies the allegations in ¶ 100 for lack of knowledge sufficient to justify a belief therein.

101. NCS denies the allegations in ¶ 101.

102. NCS denies the allegations in ¶ 102.

103. NCS denies the allegations in ¶ 103.

104. NCS denies the allegations in ¶ 104.

105. NCS denies the allegations in ¶ 105.

106. NCS denies the allegations in ¶ 106.

107.    NCS denies the allegations in ¶ 107.

108.    NCS denies the allegations in ¶ 108.

<u>Equifax</u>

109-121.  Paragraphs 109-121 are not directed to NCI and no response is required. In the event a response is required, NCS denies the allegations in ¶¶ 109-121 for lack of knowledge sufficient to justify a belief therein.

<u>TransUnion</u>

122-134.  Paragraphs 122-134 are not directed to NCI and no response is required. In the event a response is required, NCS denies the allegations in ¶¶ 122-134 for lack of knowledge sufficient to justify a belief therein.

<u>Experian</u>

135-147.  Paragraphs 135-147 are not directed to NCI and no response is required. In the event a response is required, NCS denies the allegations in ¶¶ 135-147 for lack of knowledge sufficient to justify a belief therein.

<u>FRAUD BY FORGERY</u>

148.    NCS realleges the foregoing as though fully set forth herein.

149.    NCS denies the allegations in ¶ 149 for lack of knowledge sufficient to justify a belief therein.

150.    The allegations in ¶ 150 constitute a statement of law to which no response is required.  In the event a response is required, NCS denies the allegations in ¶ 150.

151.    NCS denies the allegations in ¶ 151 for lack of knowledge sufficient to justify a belief therein.

11

<u>EQUITABLE TOLLING</u>

152.    NCS realleges the foregoing as though fully set forth herein.

153.    The allegations in ¶ 153 constitute a statement of law to which no response is required.  In the event a response is required, NCS denies the allegations in ¶ 153.

154.    The allegations in ¶ 154 constitute a statement of law to which no response is required.  In the event a response is required, NCS denies the allegations in ¶ 154.

155.    NCS denies the allegations in ¶ 155 for lack of knowledge sufficient to justify a belief therein.

156.    NCS denies the allegations in ¶ 156 for lack of knowledge sufficient to justify a belief therein.

157.    NCS denies the allegations in ¶ 157 for lack of knowledge sufficient to justify a belief therein.

<u>N.C. GEN. STAT. § 75-50, *et seq.*</u>

158.    NCS realleges the foregoing as though fully set forth herein.

159.    NCS denies the allegations in ¶ 159 for lack of knowledge sufficient to justify a belief therein.

160.    NCS denies the allegations in ¶ 160 for lack of knowledge sufficient to justify a belief therein.

161.    NCS denies the allegations in ¶ 161 for lack of knowledge sufficient to justify a belief therein.

162.    NCS denies the allegations in ¶ 162 for lack of knowledge sufficient to justify a belief therein.

163.    NCS denies the allegations in ¶ 163 for lack of knowledge sufficient to justify a belief therein.

164.    NCS denies the allegations in ¶ 164 for lack of knowledge sufficient to justify a belief therein.

165.    NCS denies the allegations in ¶ 165 for lack of knowledge sufficient to justify a belief therein.

166.    NCS denies the allegations in ¶ 166 for lack of knowledge sufficient to justify a belief therein.

167.    NCS denies the allegations in ¶ 167 for lack of knowledge sufficient to justify a belief therein.

168.    NCS denies the allegations in ¶ 168 for lack of knowledge sufficient to justify a belief therein.

169.    NCS denies the allegations in ¶ 169.

15 U.S.C. § 1692, <em>et seq.</em>, THE FDCPA

170.    NCS realleges the foregoing as though fully set forth herein.

171.    NCS denies the allegations in ¶ 171.

172.    NCS denies the allegations in ¶ 172.

173.    NCS denies the allegations in ¶ 173.

174.    NCS denies the allegations in ¶ 174.

175.    NCS denies the allegations in ¶ 175.

DEMAND FOR JURY TRIAL

176.    No response is required to the allegations in ¶ 176.

13

NCB denies plaintiff entitled to the relief sought or to any relief whatsoever and in further Answer to the Amended Complaint asserts the following Affirmative Defenses:

1.     To the extent plaintiff suffered any damages, which is denied, plaintiff failed to mitigate his damages.

2.     To the extent plaintiff suffered any damages, which is denied, plaintiff's damages were caused or contributed to by plaintiff or others for whom NCS is not responsible or liable.

3.     To the extent NCS is found to have violated the FDCPA in its attempt to collect a debt not owed, said violation being denied, the violation was unintentional and the result of bona fide error notwithstanding procedures reasonably adapted to avoid collection efforts on debts not owed.

WHEREFORE, NCS prays that this Answer be deemed sufficient and that the claims against NCS be dismissed with prejudice, with all costs being borne by plaintiff.

Dated: November 6, 2024          Respectfully submitted,

*/s/ Brian D. Roth*
Brian D. Roth (18415)
Sessions, Israel & Shartle, LLC
Lakeway Three, Suite 2800
3838 North Causeway Boulevard
Metairie, LA  70002-7227
Telephone: (504) 846-7903
Facsimile:  (504) 828-3737
Email: broth@sessions.legal

*Counsel for Defendant,*
*National Credit Systems, Inc.*

14

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 11, 2024, a true and correct copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Brian D. Roth*
Brian D. Roth, Esq.

15