# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

TIYAN LITTLEJOHN,                          *

                                  *

          **Plaintiff;**                 *

                                  *

                                  *

          **v.**                     *     **Case No. 3:24-CV-840-MOC- SCR**

                                  *

**NATIONAL CREDIT SYSTEMS, INC.,**   *

**UNIVERSITY HOUSE CHARLOTTE,**   *

**L.P., EXPERIAN INFORMATION**      *

**SOLUTIONS, INC., EQUIFAX**         *

**INFORMATION SERVICES, LLC, and**  *

**TRANSUNION, LLC.,**               *

                                  *

          **Defendants.**              *

_____

## MOTION FOR SUMMARY JUDGMENT

Defendant, National Credit Systems, Inc. ("NCS"), pursuant to Fed. R. Civ. P. 56, moves this Court for entry of summary judgment dismissing NCS with prejudice. As demonstrated in the accompanying memorandum plaintiff's claims against NCS fail as a matter of law.

Dated: December 15, 2025         Respectfully submitted,

                                  */s/ Brian D. Roth*

                                  Brian D. Roth (18415)

                                  Sessions, Israel & Shartle, LLC

                                  Lakeway Three, Suite 2800

                                  3838 North Causeway Boulevard

                                  Metairie, LA  70002-7227

                                  Telephone: (504) 846-7903

                                  Facsimile:  (504) 828-3737

                                  Email: broth@sessions.legal

                                  *Counsel for Defendant,*

                                  *National Credit Systems, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2025, a true and correct copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Brian D. Roth

Brian D. Roth, Esq.