# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:24-cv-840-MOC-SCR

| | |
|---|---|
| TIYAN LITTLEJOHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   **ORDER** |
| | ) |
| NATIONAL CREDIT SYSTEMS, INC. | ) |
| EQUIFAX INFORMATION SERVICES, LLC | ) |
| UNIVERSITY HOUSE CHARLOTTE, LP | ) |
| TRANS UNION, LLC | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on defendant National Credit Systems, Inc.'s ("NCS") Unopposed Motion to Permit Virtual Attendance at Hearing (Doc. No. 35). Specifically, NCS's attorney, Brian D. Roth, requests to appear virtually at the Summary Judgment hearing scheduled for March 26, 2026. (Doc. No. 35). Mr. Roth attests that his office is located in Louisiana and his virtual appearance would serve the interest of judicial efficiency and not prejudice other parties. For good cause shown, the Court **GRANTS** NCS's motion (Doc. No. 35).

**IT IS, THEREFORE, ORDERED** that NCS's attorney, Brian D. Roth, be permitted to appear virtually at the Summary Judgment Hearing scheduled for March 26, 2026.

-1-

Signed: March 10, 2026

Max O. Cogburn Jr
United States District Judge

-2-